UNITED STATES DISTRICT COURT
for the
Southern District of New York

PROJECT SOUTH and CENTER FOR CONSTITUTIONAL RIGHTS

    Plaintiff

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; UNITED STATES DEPARTMENT OF JUSTICE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and UNITED STATES DEPARTMENT OF STATE

    Defendant

Civil Action No. 21-cv-8440

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

UNITED STATES DEPARTMENT OF JUSTICE EXECTUVIE OFFICE FOR IMMIGRATION REVIEW, Office of General Counsel, 5107 Leesburg Pike

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Samah Sisay
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: 10/14/2021

/S/ V. BRAHIMI
Signature of Clerk or Deputy Clerk