UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROJECT SOUTH and CENTER FOR
CONSTITUTIONAL RIGHTS,

                      Plaintiffs,

- against -

UNITED STATES IMMIGRATION AND CUSTOMS
ENFORCEMENT *et al.*,

                      Defendants.

1:21-cv-8440 (ALC) (BCM)

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

      Pursuant to Local Rule 1.4, I, Ghita Schwarz, respectfully request this Court for leave to withdraw as counsel for Plaintiffs Project South and Center for Constitutional Rights, due to my pending departure from the Center for Constitutional Rights. The Center for Constitutional Rights attorneys Samah Sisay and Baher Azmy will continue to represent the Plaintiffs as the case proceeds. My withdrawal as counsel will not cause disruption to the case and will not involve assertion of a charging or retaining lien. Thank you.
/

Date: December 3, 2021

_____
Ghita Schwarz (GS 9554)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
gschwarz@ccrjustice.org
Telephone:     (212) 614-6464