

**CENTER FOR CONSTITUTIONAL RIGHTS**

666 Broadway, 7th Floor
New York, New York 10012
212-614-6464
ccrjustice.org

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __01/27/2022__

January 26, 2022

**MEMO ENDORSED**

*VIA ECF*
The Honorable
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Project South et al. v. U.S. Immigration and Customs Enforcement et al., 21 Civ. 8440 (ALC) (BCM)**

Dear Judge Moses:

We write as counsel for Plaintiffs Project South and Center for Constitutional Rights, in the above-referenced case filed under the Freedom of Information Act, 5 U.S.C. §§ 552 *et seq.* We respectfully request on behalf of all parties a second adjournment of the initial conference currently scheduled for February 3, 2022, at 11:00 a.m.

The parties have begun to meet and confer regarding various aspects of the Plaintiffs' FOIA requests and the agencies' questions of how to most effectively search for the records sought by Plaintiffs. The parties seek additional time to continue these good faith discussions before appearing before the Court.

Additionally, because FOIA cases typically do not involve discovery, the parties do not plan to submit a discovery schedule at this time.

We respectfully request a 30-day adjournment of the initial conference, from February 3, 2022, to March 3, 2022, or to any day thereafter convenient for the Court. We respectfully request that due to scheduling conflicts for Plaintiffs' counsel, the conference not be scheduled on a Tuesday.

We thank the Court for its consideration.

Application GRANTED. The initial case management conference will take place on **March 3, 2022, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **February 24, 2022**, the parties shall file their pre-conference joint statement. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
January 27, 2022

____/s/__Baher Azmy___
Baher Azmy, Legal Director
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464
bazmy@ccrjustice.org

cc: *Counsel of Record via ECF*