```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/3/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

PROJECT SOUTH et al.,

        Plaintiffs,

-against-

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,

        Defendants.

21-CV- 08440 (ALC) (BCM)

**INITIAL CASE MANAGEMENT ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

After consultation with the parties, the Court adopts the following case management and scheduling order pursuant to Fed. R. Civ. P. 16:

1. <u>Joinder and Amendment</u>. The parties shall not amend their pleadings, or join additional parties, absent leave of the Court. Any motion to amend or to join additional parties pursuant to Fed. R. Civ. P. 15(a) shall be filed no later than **March 17, 2022**. Any motion to amend or to join additional parties filed after the deadline in this paragraph will be subject to the "good cause" standard in Fed. R. Civ. P. 16(b)(4).

2. <u>Discovery</u>. The parties do not anticipate any discovery.

3. <u>Status Conference</u>. The parties report that they are meeting and conferring with regard to plaintiffs' FOIA requests and are not yet in a position to propose either a production schedule or a deadline for defendants to file a summary judgment motion. Consequently, Judge Moses will conduct a status and scheduling conference on **April 25, 2022**, at **10:00 a.m.,** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **April 18, 2022**, the parties shall submit a joint status letter updating the Court, on an agency by agency

basis, as to (i) whether the parties have agreed on search terms and custodians; (ii) whether the government has conducted one or more searches and, if so, the volume of documents returned; (iii) whether the government has produced responsive documents and, if so, the volume of documents produced; and (iv) on what schedule the government will conduct any further searches and/or produce any further documents. The joint letter shall also propose a summary judgment schedule.

4. <u>Extensions and Adjournments.</u> Any application for extension or adjournment of the time limits, deadlines or conferences set forth above must be made by letter-motion, in accordance with this Court's Individual Practices as soon as the need for the extension or adjournment is reasonably apparent to the party making the application. Applications made after the expiration of the deadline in question may be summarily denied.

Dated: New York, New York
       March 3, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2