USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROJECT SOUTH et al.,

        Plaintiffs,

-against-

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,

        Defendants.

21-CV- 08440 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

It has come to the Court's attention that plaintiff's lead counsel Baher Azmy is no longer associated with the Seton Hall Law School Center for Social Justice, Attorney Azmy is directed to update his address and other contact information on the ECF system.

Dated: New York, New York
       April 19, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**