USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROJECT SOUTH, et al.,

        Plaintiffs,

-against-

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

        Defendants.

21-CV-08440 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at today's status conference, it is hereby ORDERED that:

1. <u>Summary Judgment</u>. Summary judgment motions, if any, shall be filed no later than **October 25, 2022**. Summary judgment motion papers shall conform to the individual practices of the district judge.

2. <u>Status Updates</u>. The parties shall file joint status letters every (approximately) 60 days. The first status letter is due no later than **June 27, 2022;** the second is due no later than **August 26, 2022.** In their joint status letters, the parties shall update the Court, on an agency by agency basis, as to (i) whether there are any remaining disputes about searches, and if so, what they are; (ii) what responsive documents have been produced; and (iii) on what schedule the government will conduct any further searches and/or produce for any further documents.

Dated: New York, New York
       April 25, 2022

                **SO ORDERED**.

                _____
                **BARBARA MOSES**
                **United States Magistrate Judge**