

666 Broadway, 7th Floor
New York, New York 10012
212-614-6464
ccrjustice.org

February 19, 2025

**_VIA ECF_**

Hon. Andrew L. Carter
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**_Re: Project South et al. v. U.S. Immigration and Customs Enforcement et al., 21-CV-8440 (ALC) (BM)_**

Dear Judge Carter:

The parties write jointly to follow-up on Plaintiffs' letter filed January 17, 2025 (Dkt. #93) regarding the Court's _in-camera_ review of several documents at issue in this litigation. _See_ Dkt. #78 and #79.

Plaintiffs and Defendants have reached an agreement in principle on attorneys fees and are prepared to file a stipulation to end this case once the Court has finished its review and ruled whether Defendants should make any further release of documents.

We thank you for your consideration of this request and are happy to answer any questions from the Court.

Thank you,
/s/ _____
Samah Sisay
Center for Constitutional Rights
666 Broadway, 7th Fl.
New York, NY 10012

C.J. Sandley
Center for Constitutional Rights
P.O. Box 486
Birmingham, AL 35201

Luz Lopez
Senior Supervising Attorney
Southern Poverty Law Center
T: 404.387.9314

_Counsel for Plaintiffs_

_cc: Counsel of Record via ECF_